UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
HENRY JIMENEZ, *et al.*,                                               :
                                                                       :
                                    Plaintiffs,                        :
                                                                       :
                -v-                                                    :          25 Civ. 7926 (JPC)
                                                                       :
CITY OF NEW YORK, *et al.*,                                            :          <u>ORDER</u>
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 7, 2025, Plaintiffs served Defendants Mainul Haque, Joseph O'Shea, Christian Anasa, Joshua Moscoso, and the City of New York.  Dkt. 13; Dkt. 14; Dkt. 15; Dkt. 17; Dkt. 8.  On October 28, 2025, Plaintiffs served Defendant Emmanuel Portorreal.  Dkt. 16.  On November 14, 2025, Plaintiffs served Defendants Jeffrey Ward and Thomas Schir.  Dkt. 10; Dkt. 11.  And on November 24, 2025, Plaintiffs served Defendant Lowell Tapia.  Dkt. 9.  Plaintiffs filed proof of service upon each Defendant on December 26, 2025.  *See* Dkts. 8-17.

Each Defendant's deadline to respond to the Complaint was twenty-one days after the day they were served.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  Those deadlines have passed, and the docket does not reflect a response to the Complaint from any Defendant.  Accordingly, the Court extends *sua sponte* Defendants' deadlines to respond to the Complaint until January 16, 2026.  Plaintiffs are directed to mail copies of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

        SO ORDERED.

Dated: December 29, 2025
        New York, New York                                    _____
                                                                     JOHN P. CRONAN
                                                                   United States District Judge