UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                          :
HENRY JIMENEZ, *et al.*,                                   :
                                                          :
                              Plaintiffs,                  :
                                                          :
              -v-                                         :              25 Civ. 7926 (JPC)
                                                          :
CITY OF NEW YORK, *et al.*,                                :              ORDER
                                                          :
                              Defendants.                  :
                                                          :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 7, 2025, Plaintiffs served Defendants Mainul Haque, Joseph O'Shea, Christian Anasa, Joshua Moscoso, and the City of New York.  Dkt. 13; Dkt. 14; Dkt. 15; Dkt. 17; Dkt. 8.  On October 28, 2025, Plaintiffs served Defendant Emmanuel Portorreal.  Dkt. 16.  On November 14, 2025, Plaintiffs served Defendants Jeffrey Ward and Thomas Schir.  Dkt. 10; Dkt. 11.  And on November 24, 2025, Plaintiffs served Defendant Lowell Tapia.  Dkt. 9.  Plaintiffs filed proof of service upon each Defendant on December 26, 2025.  *See* Dkts. 8-17.

To date, Defendants have not appeared in this action.  By February 9, 2026, Plaintiffs therefore should move for default judgment against Defendants, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases.  Pursuant to this Court's Individual Rules, Plaintiffs must serve its motion for default judgment and supporting paperwork on Defendants by February 9, 2026, and must file an Affidavit of Service on ECF by February 11, 2026.

Counsel for all parties also must appear before the undersigned for a conference to discuss next steps in this case on February 17, 2026, at 3:30 p.m.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

SO ORDERED.

Dated: February 4, 2026
New York, New York

_____
JOHN P. CRONAN
United States District Judge