# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

February 6, 2026

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Jimenez et al. v. City of New York et al.*
      No. 25-cv-7926 (JPC)

Dear Judge Cronan:

   I am counsel of record for Plaintiffs Henry Jimenez, Brayan Santiago, and Gerald Santiago in the above-captioned matter. I write respectfully to request a brief, three-day extension of the deadlines set forth in the Court's February 4, 2026 Order (ECF 20).

   In its Order, the Court directed Plaintiffs to move for default judgment against Defendants by February 9, 2026, to serve the motion and supporting paperwork on Defendants by that same date, and to file an Affidavit of Service on ECF by February 11, 2026.

   I have been engaged in back-to-back jury trials since January 13, 2026. Specifically, I was on trial in *Dempsey v. City of Rochester et al.,* 19-cv-6780 from January 13, 2026 to January 30, 2026, followed immediately by trial in *Johnson v. City of Rochester et ano.,* 21-cv-6683 from February 2, 2026 to February 6, 2026 (as I write this, I am waiting for the jury to answer special interrogatories on qualified immunity), which has prevented me from preparing and filing the default judgment motion within the current deadline.

   Accordingly, I respectfully request that the Court grant a three-day extension of the relevant deadlines, as follows:

- Motion for default judgment to be filed and served on Defendants by **February 12, 2026**; and

- Affidavit of Service to be filed on ECF by **February 14, 2026**.

   This brief extension will not prejudice Defendants, who have not appeared in this action, and will not affect the conference scheduled for February 17, 2026 at 3:30 p.m.

   Thank you for the Court's consideration of this request.

1

2

Respectfully Submitted,

~//s//~

Elliot Shields

The request is granted.  The deadline for Plaintiffs to file for and serve Defendants with a motion for default judgment is extended until February 12, 2026.  Plaintiffs' deadline to file an affidavit of service is extended until February 14, 2026.  The Clerk of Court is respectfully directed to close Dkt. 21.

SO ORDERED  
February 9, 2026

JOHN P. CRONAN  
United States District Judge

2