# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

February 9, 2026

**VIA ECF**

Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Jimenez et al. v. City of New York et al.*
     No. 25-cv-7926 (JPC)

Dear Judge Cronan:

   I am counsel of record for Plaintiffs Henry Jimenez, Brayan Santiago, and Gerald Santiago in the above-captioned matter. I write respectfully in response to the Court's February 4, 2026 Order (ECF 20), which directed Plaintiffs to move for default judgment against Defendants by February 9, 2026.

   Upon further review of the applicable local rules, I respectfully submit that Defendants' time to answer has not yet expired, and that a motion for default judgment would therefore be premature at this time.

   This is a § 1983 action against members of the New York City Police Department and the City of New York, and is therefore governed by Local Civil Rule 83.10 ("Plan for Section 1983 Cases Against Members of the Police Department of the City of New York"). Subsection (c) of that Rule, titled "Time to Answer," provides in relevant part:

> *If the release was not served with the complaint, the City defendant shall have 60 days from the date the release is served on the City to answer, or 60 days after each defendant is served, whichever is greater.*

   Here, the 160.50 releases required under Rule 83.10(b) were not served with the original complaint. Rather, they were served on the City on **December 26, 2025**, by email to the assigned defense counsel, Mary Jane Anderson, Assistant Corporation Counsel. *See* ECF 19-1 (email correspondence between undersigned counsel and Ms. Anderson, attaching 160.50 releases). Ms. Anderson had initially emailed undersigned counsel on November 21, 2025 to introduce herself and request the 160.50 releases, and the releases were provided to her on December 26, 2025. I received Ms. Anderson's email at the end of finishing a six-week trial in front of Judge Block, which is why I did not immediately respond.

1

Because the releases were served after the complaint, Rule 83.10(c) provides that the City has 60 days from the date the releases were served—i.e., 60 days from December 26, 2025—to answer. Sixty days from December 26, 2025 is **February 24, 2026**. Accordingly, Defendants' time to answer has not yet expired, and Defendants are not presently in default.

In fairness to Defendants, I bring this to the Court's attention rather than proceed with a potentially premature motion for default judgment. I respectfully request that the Court adjourn the dates for Plaintiff's filing of the motion for default judgment until after February 24, 2026, including the conference scheduled for February 17, 2026 at 3:30 p.m.

Thank you for the Court's consideration.

Respectfully Submitted,

~//s//~

Elliot Shields

CC:    **Mary Jane Anderson (via email)**
       Assistant Corporation Counsel
       Special Federal Litigation Division
       New York City Law Department
       100 Church Street
       New York, NY 10007
       Office Phone: 212.356.2415
       maanders@law.nyc.gov

The Court thanks Plaintiffs for their letter.  The conference scheduled for February 17, 2026 is adjourned *sine die*.  Plaintiffs should not move for default judgment without further order from the Court.  The Clerk of Court is respectfully directed to close Dkt. 22.

SO ORDERED
February 10, 2026

JOHN P. CRONAN
United States District Judge

2

| Subject: | Re: Jimenez et al v. City of New York et al., 25-cv-07926 (JPC) |
|---|---|
| Date: | Friday, December 26, 2025 at 12:35:07 PM Eastern Standard Time |
| From: | Elliot Shields |
| To: | Anderson, Mary (Law) |
| Attachments: | Brayan Santiago - 160.50 for City.pdf, 160.50 Gerald Santiago - for city.pdf, 160.50 Henry Jimenez - for city.pdf |

Good afternoon Mary,

Happy holidays. Sorry for my delayed response. Had a six week trial in front of Judge Block when you emailed, followed by a bunch of pretrial filings in another case immediately after.

I'm attaching the 160.50s, which should have been served with the summons and complaint. I apologize if they weren't.

All the defendants have been served at this point. There were a few we were having trouble tracking down at first but were served at 1pp after confirmation with the union reps.

I just filed all the Affidavits of Service, and I didn't see your notice of appearance yet. Maybe we could chat about the case sometime next week.

Best,


Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington  Avenue, Suite 802
New York, NY  10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:**  In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Anderson, Mary (Law) <maanders@law.nyc.gov>
**Date:** Friday, November 21, 2025 at 10:00 AM

**To:** Elliot Shields <eshields@rothandrothlaw.com>
**Subject:** Jimenez et al v. City of New York et al., 25-cv-07926 (JPC)

You don't often get email from maanders@law.nyc.gov. Learn why this is important

Good morning,

My name is Mary Jane Anderson and I am the attorney assigned to the defense of the above referenced case. I will be putting my notice of appearance in today. I am just emailing to introduce myself and to also request a 160.50 release here.

Thanks,
Mary Jane

**Mary Jane Anderson**
Assistant Corporation Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Office Phone: 212.356.2415
Cell Phone: 646.527.0648
maanders@law.nyc.gov